IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 315-013 |
| | ) | |
| TONYA MICHELLE TYSON | ) | |

**O R D E R**

In response to the Court's March 23, 2016 Order, Defendant Tonya Michelle Tyson notified the Court she is withdrawing her motion for severance filed on January 24, 2016. (See doc. no. 220.) Accordingly, the Court **DIRECTS** the **CLERK** to terminate the severance motion from the motions report. (Doc. no. 147.)

SO ORDERED this 1st day of April, 2016, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA